# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ROBERT McCARTHY,

    Plaintiff

v.

CHAN B LUONG; KIMPHI T LE; MODERN DRUG, INC.; and DOES 1 THROUGH 10, Inclusive,

    Defendants

Case#:  16CV01172 LJO (BAM)

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

[Fed. R. Civ. P. Rule 41(a)(2)]

    IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants CHAN B LUONG; KIMPHI T LE; and MODERN DRUG, INC are dismissed with prejudice from Plaintiffs' Complaint and that Plaintiffs' Complaint is dismissed with prejudice in its entirety.  Each party shall bear their own respective attorney fees and costs.

IT IS SO ORDERED.

    Dated:  **December 13, 2016**          /s/ Lawrence J. O'Neill
                                                                 UNITED STATES CHIEF DISTRICT JUDGE